UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-22957-CIV-JAL

JOSE E LARIOS, and all others similarly )
situated under 29 U.S.C. 216(b), )
                                        )
            Plaintiffs,                 )
    vs.                                 )
                                        )
MENDEZ FUEL HOLDINGS LLC, and           )
MICHAEL MENDEZ,                         )
                                        )
            Defendants.                 )
                                        )
_____

**PLAINTIFF'S STATEMENT OF CLAIM**

    Now come(s) the Plaintiff(s) through the undersigned and file(s) the above-described Statement of Claim as follows:

**Overtime Claim (relevant statutory period 7/8/13-7/8/16):**
Amount of half time per hour not compensated: $5
Weeks: 156
Overtime hours per week: 20
Total wages unpaid and liquidated damages: $15,600 X 2 = $31,200

*Plaintiff seeks all fees and costs under the FLSA.
**Plaintiff reserves the right to seek time and one half damages for any completely unpaid overtime hours based on the evidence adduced in discovery.

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.
J.H. ZIDELL, P.A.
ATTORNEY FOR PLAINTIFF
300 71ST STREET, #605
MIAMI BEACH, FLA. 33141
PH: 305-865-6766
FAX: 305-865-7167
EMAIL: DAVID.KELLY38@ROCKETMAIL.COM
F.B.N. 0123870
BY:____/s/ K. David Kelly_____
K. DAVID KELLY, ESQ.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING ON 7/12/16 TO:**

**ALL CM/ECF RECIPIENTS**

BY:____/s/ K. David Kelly_____
K. DAVID KELLY, ESQ.