UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-22957-CIV-JAL

JOSE E LARIOS, and all others similarly )
situated under 29 U.S.C. 216(b), )
                                             Plaintiffs, )
vs. )
  )
MENDEZ FUEL HOLDINGS LLC, and )
MICHAEL MENDEZ, )
                                             Defendants. )
_____ )

**PLAINTIFF'S NOTICE OF REFILING AND/OR OF RELATED CASES**

**COMES NOW**, Plaintiff and all others similarly-situated (the "Plaintiffs"), by and through undersigned counsel, and pursuant to Section 2.15.00 of the Internal Operating Procedures of the Southern District, and hereby provides the above-described Plaintiff's Notice as follows:

The undersigned Firm is unaware of any pending re-filings or related cases. Plaintiff notes however the FLSA case of *Rivas v. Mendez Fuel Holdings et al.*, 13-20355-FAM. However, the docket reflects that matter was resolved and closed.

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
**F.B.N. 0123870**

BY:_/s/__K. David Kelly_____
         K. DAVID KELLY, ESQ.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 8/2/16 TO:

**ALL CM/ECF RECIPIENTS**

**JOSEPH P. KLOCK, JR., ESQ.**
**JUAN CARLOS ANTORCHA, ESQ.**
**MIGUEL A. MOREL, ESQ.**
**RASCO KLOCK PEREZ & NIETO**
**2555 PONCE DE LEON BLVD.,**
**SUITE 600**
**CORAL GABLES, FLORIDA**

BY:___/s/___K. DAVID KELLY_____
         K. DAVID KELLY, ESQ.