UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-22957-CIV-JAL

JOSE E LARIOS, and all others similarly situated under 29 U.S.C. 216(b),

        Plaintiffs,

vs.

MENDEZ FUEL HOLDINGS LLC, and MICHAEL MENDEZ,

        Defendants.

_____

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

**COMES NOW**, Plaintiff, by and through undersigned counsel, and hereby lists the following entities and/or persons who may have financial interest in the outcome of this action:

1. Plaintiff JOSE E LARIOS;

2. Defendant MENDEZ FUEL HOLDINGS LLC;

3. Defendant MICHAEL MENDEZ;

4. Plaintiff's counsel J.H. ZIDELL, ESQ. and his firm J.H. ZIDELL, P.A;

5. Defendants' counsel JOSEPH P. KLOCK, JR., ESQ. , JUAN CARLOS ANTORCHA, ESQ. and their firm RASCO KLOCK PEREZ & NIETO.

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
**F.B.N. 0123870**
**BY:_/s/__K. David Kelly_____**
**K. DAVID KELLY, ESQ.**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 8/3/16 TO:**

**ALL COUNSEL OF RECORD**

**JOSEPH P. KLOCK, JR., ESQ.**
**JUAN CARLOS ANTORCHA, ESQ.**
**MIGUEL A. MOREL, ESQ.**
**RASCO KLOCK PEREZ & NIETO**
**2555 PONCE DE LEON BLVD.,**
**SUITE 600**
**CORAL GABLES, FLORIDA**

**BY:___/s/___K. DAVID KELLY_____**
**K. DAVID KELLY, ESQ.**